**Order entered August 2, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00201-CR

### EX PARTE RICHARD ASHCRAFT

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-87790-2020**

### ORDER

We **REINSTATE** this appeal.

On March 29, 2021, Richard Ashcraft filed a notice of appeal from the March 4, 2021 denial of his pre-trial application for writ of habeas corpus. On June 21, 2021, the State filed a letter informing the Court that Ashcraft was found deceased in Plano, Texas on June 8, 2021. The State attached a "Report of Death Investigation." We then abated the case for the trial court to hold a hearing to determine whether appellant is deceased.

At the hearing, the State offered (1) Detective Benzick's Death Investigation Report which he states appellant's body was discovered and positively identified

by his mother, and (2) the Collin County Medical Examiner's statement that an autopsy was performed on appellant and the cause of death was pending. The trial judge signed findings of fact that appellant was found deceased on June 8, 2021. We **ADOPT** the trial court's finding.

Under Texas Rule of Appellate Procedure 7.1(a)(2), we **PERMANENTLY ABATE** this appeal.  TEX. R. APP. P. 7.1(a)(2); *see Ex parte Hunter*, 297 S.W.3d 292, 293 (Tex. Crim. App. 2009).


/s/     LANA MYERS
        JUSTICE